## DORRIS, administrator, *v.* DORRIS.

ATKINSON, J. 1. Where one died in possession of land under a bona fide claim of right thereto, this was prima facie evidence of title in him; and his heirs or devisees may recover on proof of such possession, unless a better adverse title is shown by the defendant. *Wolfe* v. *Baxter,* 86 *Ga.* 705 (13 S. E. 18).

2. In the trial of an action for the recovery of land, whether brought in common-law form or under the code, whenever it appears either from the pleadings or the evidence that the parties claim under a common grantor, it is not incumbent upon the plaintiff to show title in such person. *Brinkley* v. *Bell*, 126 *Ga.* 480 (55 S. E. 187); *Garbutt Lumber Co.* v. *Wall*, 126 *Ga.* 172 (54 S. E. 944).; *Moore* v. *Daugherty*, 146 *Ga.* 176 (91 S. E. 14).

3. Applying the principle stated in either of the foregoing notes to the pleadings and evidence, the plaintiff made out a prima facie case.

4. The plaintiff's evidence did not demand a finding in favor of the defendant on his plea of prescription. It was erroneous to grant a nonsuit.    *Judgment reversed. All the Justices concur.*

No. 1173. JUNE 12, 1919.

Complaint for land. Before Judge Bartlett. Paulding superior court. August 7, 1918.

*James & Bedgood,* for plaintiff. *J. R. Hutcheson,* for defendant.